REGINA KROOPF, Respondent, v. CLARENCE C. KASKEL, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ..

THE PEOPLE OF THE STATE OF NEW YORK on the Complaint of GEORGE W. DIEDRICKS, Respondent, v. PETER W. GIBBONS, Appellant.— Judgment affirmed. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

FREDERICK F. NEUMAN, Appellant, Respondent, v. GEORGE W. NEWGASS, Respondent, Appellant.— Final judgment appealed from and interlocutory judgment and orders brought up for review affirmed, without costs of this appeal to either party as against the other. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALBERT CLARK, Appellant.— Judgment affirmed. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

LEWIS L. RANSOM, Appellant, v. YONKERS FAMILY LAUNDRY SERVICE CORPORATION, Respondent.— Order affirmed, with ten dollars costs and disbursements, on the ground that the admissibility of the oral evidence under the separate defense should be determined upon the trial and not upon affidavits. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

ESTATE PROPERTY CORPORATION, Appellant, Respondent, v. HUDSON COAL COMPANY, Respondent, Appellant.— Order so far as appealed from affirmed, without costs, with leave to the plaintiff within twenty days from service of order to serve an amended complaint pleading over as to the second cause of action and, as to the first cause of action, only in so far as it relates to the claim for damages for the alleged removal of equipment. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ. [132 Misc. 590.]

MARGARET KING, Respondent, v. THE CITY OF NEW YORK, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

AUGUST W. DEGE, Respondent, v. GLOBE AND RUTGERS FIRE INSURANCE COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

KESBEC SALES COMPANY, Respondent, v. WILLIAM ORNER, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

ELIZABETH A. REILLY, Respondent, v. MAYER ADVERTISING Co., INC., and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendants to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

In the Matter of the Transfer Tax upon the Estate of WENCESLAO BORDA, Deceased.— Order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

RICHARD SICHEL, Respondent, v. LOUISA HANDELSMAN, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

RICHARD SICHEL, Respondent, v. LOUISA HANDELSMAN, Appellant.— Order

affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

In the Matter of the Application of WILLIAM H. LUTZ, etc., Petitioner, against GEORGE V. MCLAUGHLIN, as Police Commissioner of the City of New York, Respondent.— Order of certiorari dismissed, and determination confirmed, with fifty dollars costs and disbursements to the respondent. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

ANNA E. ZACPAL and Another, Respondents, v. DANIEL REEVES, INC., Appellant, Impleaded, etc.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

ABBY HYDE, Respondent, v. MAISON HORTENSE, INC., and EDNA TURPIN, Appellants.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ. [132 Misc. 399.]

GEORGE HYDE, Respondent, v. MAISON HORTENSE, INC., and EDNA TURPIN, Appellants.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ. [132 Misc. 399.]

WILLIAM E. ANNIN, JR., and Another, Respondents, Appellants, v. ANNE F. MOEHLENPAH, Appellant, Respondent.— Judgment affirmed, without costs of this appeal to either party as against the other. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

CATHERINE M. LOBEL, Appellant, v. CHARLES LOBEL, Respondent.— Order so far as appealed from affirmed. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

PAULINE STARK, Appellant, v. SAMUEL STARK, Respondent.— Order affirmed. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

SAMUEL KRENGEL, Appellant, v. JAMES J. WALKER, as Mayor of the City of New York, and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

HAZELLE CHAMBERS, Appellant, v. JOHN JOSEPH NUTT, Respondent.— Order reversed, with ten dollars costs and disbursements, and the motion granted as to items 1, 2, 6 and 7, contained in Schedule A attached to the notice of motion. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

MUSA-HARTZELL COMPANY, INC., Appellant, v. HARRY J. KANE, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

OLAF CASPERSEN, Judgment Creditor, Respondent, v. LA SALA BROS., INC., and Others, Judgment Debtors. DOMINICO LA SALA, Third Party, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.; Proskauer, J., dissents in part, on the ground that the order should be modified by limiting the scope of the examination to property of the judgment debtor in possession of the third party and indebtedness from the third party to the judgment debtor. The date for the examination to proceed to be fixed in the order. Settle order on notice.

OLAF CASPERSEN, Judgment Creditor, Respondent, v. LA SALA BROS., INC., and Others, Judgment Debtors. LA SALA MASONS, INC., by DOMINICO LA SALA,